IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of GELCO SERVICES, INC., <br><br>            Plaintiff,<br><br>     v.<br><br>EAI INTERNATIONAL, INC., et al.,<br><br>            Defendants.<br>_____/ | CIV. S-04-0814-DFL-PAN <br><br><br><br>ORDER |

   This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On September 30, 2005, Judge Nowinski recommended judgment for plaintiff in the principal amount of $185,179.35.  No objections to the findings and recommendation have been filed.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed September 30, 2005, are adopted in full; and

    2.  The clerk shall enter judgment in the amount $185,179.35, plus prejudgment interest at the rate of 1.50 percent and postjudgment interest at the rate of 3.82 percent. If sought, counsel shall submit a request for attorneys fees and costs within 30 days from service of this order.

DATED: 11/1/2005

_____
DAVID F. LEVI
United States District Judge

2