| | |
|---|---|
| UNITED STATES DISTRICT COURT | **FILED** |
| | December 12, 2005 |
| EASTERN DISTRICT OF CALIFORNIA | CLERK, US DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |
| | DEPUTY CLERK |

**AMENDED JUDGMENT IN A CIVIL CASE**

Gelco Services, Incorporated,

                    v.            CASE NUMBER: 2:04-CV-814 DFL PAN

EAI International, et al.,

**XX** -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED**, for Plaintiff in the amount $185,179.35, plus prejudgment interest at the rate of 1.50 percent and post judgment interest at the rate of 3.82 percent, in accordance with the court's order of 11/2/2005.

                                                                 Jack L. Wagner,
                                                                 Clerk of the Court

ENTERED:    December 12, 2005                by: /s/ L. Reader, Deputy Clerk