IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of GELCO SERVICES INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>EAI INTERNATIONAL, INC., et al.,<br><br>    Defendants | CIV-S-04-0814 DFL PAN<br><br><br>ORDER |

    Plaintiff Gelco Services seeks to recover $15,540.00 in attorney's fees and $178 in costs from defendant Thelma Magno. No opposition was filed. The court finds that plaintiff's attorney's billing rate of $150 per hour and the number of hours for which plaintiff requests compensation are both reasonable. Therefore, the court awards plaintiff $15,540.00 in attorney's fees.

    Plaintiff also seeks to recover the filing fee and the cost of serving defendant Magno.  These expenses are properly taxed as

1 costs under Local Rule 54-292(f).  Therefore, the court awards
2 plaintiff $178.00 in costs.
3      IT IS SO ORDERED.
4 Dated: 1/30/2006.

_____
DAVID F. LEVI
United States District Judge